JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PATRICIA A. SPEARMAN, an individual,

          Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC, a
Foreign Limited-Liability Company; EXPERIAN
INFORMATION SOLUTIONS, INC., a Foreign
Corporation; and TRANS UNION LLC, a Foreign
Limited-Liability Company,

          Defendants.

Case No. 2:20-cv-01890-APG-BNW

**JOINT STIPULATION FOR
EXTENSION OF TIME FOR
DEFENDANT EQUIFAX
INFORMATION SERVICES LLC TO
FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 8, 2020 through and including **January 7, 2021**. The additional time to respond to the Complaint

. . .

. . .

. . .

. . .

1    will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to

2    cause delay.

3         Respectfully submitted this 8th day of December, 2020.

4                                                    CLARK HILL PLLC

5                                                    By:  /s/Jeremy J. Thompson
6                                                    Jeremy J. Thompson
                                                     Nevada Bar No. 12503
7                                                    3800 Howard Hughes Pkwy, Suite 500
                                                     Las Vegas, NV 89169
8                                                    Tel: (702) 862-8300
                                                     Fax: (702) 862-8400
9                                                    Email: jthompson@clarkhill.com

10                                                   *Attorneys for Defendant Equifax Information
11                                                   Services LLC*

12                                                   **No opposition**

13                                                    /s/ Erik W. Fox, Esq.
                                                     Jamie S. Cogburn, Esq.
14                                                   Nevada Bar No. 8409
15                                                   Erik W. Fox, Esq.
                                                     Nevada Bar No. 8804
16                                                   COGBURN LAW OFFICES
17                                                   2508 St. Rose Parkway, Suite 330
                                                     Henderson, NV 89074
18                                                   Phone: (702) 748-7777
                                                     FAX: (702) 966-3880
19                                                   Email: jsc@cogburnlaw.com
20                                                   Email: efox@cogburnlaw.com

21                                                   *Attorneys for Plaintiff*

22   **IT IS SO ORDERED**

23   **DATED:** 4:54 pm, December 11, 2020

24

25

26   **BRENDA WEKSLER**
     **UNITED STATES MAGISTRATE JUDGE**

27

28