COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. SPEARMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:20-cv-01890-APG-BNW<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |

Notice is hereby given that Plaintiff, Patricia A. Spearman, and Defendant, Experian Information Solutions, Inc., (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Defendant Experian Information Solutions, Inc.

. . .

. . .

. . .

. . .

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 15th day of April, 2021.

COGBURN LAW

By: ___/s/Erik W. Fox_____
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

ORDER

Based on the notice of settlement between plaintiff and defendant Experian Information Solutions, Inc., IT IS ORDERED that by 6/14/2021 these parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 3:29 pm, April 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**